IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY VOGELSBERG,

               Plaintiff,

  v.

YOUNG KIM, CHERYL WATERS, SATINDER
DHANOA, BRENDA BREDLOW, STEPHANIE
WEBSTER, MELISSA BENNET, TENZIN ENDERS,
JAMES MATTHEWS, CORRECT CARE SOLUTIONS,
and DANE COUNTY,

               Defendants.

ORDER

17-cv-596-jdp

---

The court has received another request for an extension of time, this time from plaintiff Jeffrey Vogelsberg himself. Dkt. 131. (A previous request came from another prisoner, writing on behalf of Vogelsberg. Dkt. 129.) Presumably, Vogelsberg's request crossed in the mail with the court's order extending his deadline for responding to the pending summary judgment motions from December 17 to December 24. *See* Dkt. 130. In a document that he calls "motion for assistance," Vogelsberg says that he can't finish his summary judgment response because defendants have raised objections to some of his requests for admission (RFAs). He asks the court to overrule defendants' objections, order defendants to file complete responses, and then give him 15 days from receipt of those responses to file his summary judgment materials.

Vogelsberg hasn't provided enough information to the court to determine whether any of defendants' objections were improper, so I cannot rule on those objections now. However, defendants don't dispute Vogelsberg's allegations that he just received some of their answers to his discovery requests a few days ago, well after the 30-day deadline in the federal rules. To give Vogelsberg adequate time to review those responses and incorporate them into his

summary judgment response, I will extend Vogelsberg's deadline one last time to January 2, 2020.

But I will not delay summary judgment briefing so that Vogelsberg can resolve his discovery dispute. If Vogelsberg believes that defendants are withholding information that he needs to adequately respond to something in defendants' summary judgment motions, he should do the following in his response to those motions: (1) identify the information that defendants are withholding; (2) explain why defendants' objection to providing that information is improper; and (3) explain why he needs that information to defeat the summary judgment motions.

I will not grant further extensions of time. Vogelsberg has had many months to prepare his summary judgment response, and it is past time to bring this case to a resolution. If Vogelsberg doesn't file a response by January 2, I will consider defendants' summary judgment motions' without Vogelsberg's input.

ORDER

IT IS ORDERED that plaintiff Jeffrey Vogelsberg's "motion for assistance," Dkt. 131, is GRANTED in part. Vogelsberg's deadline for filing his summary judgment response is extended to January 2, 2020. Vogelsberg's motion is DENIED in all other respects.

Entered December 18, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge