IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY VOGELSBERG,

                Plaintiff,

  v.

YOUNG KIM, CHERYL WATERS, SATINDER
DHANOA, BRENDA BREDLOW, STEPHANIE
WEBSTER, MELISSA BENNET, TENZIN ENDERS,
JAMES MATTHEWS, CORRECT CARE SOLUTIONS,
and DANE COUNTY,

                Defendants.

ORDER

17-cv-596-jdp

---

      Two motions for summary judgment, one filed by defendant Dane County and one filed by defendant Correct Care Solutions and its employees, have been pending since May 3, 2019. *See* Dkt. 70 and Dkt. 76. Plaintiff Jeffrey Vogelsberg's deadline for responding—extended many times—was January 2, 2020. *See* Dkt. 135. On January 3, the court received what Vogelsberg called his "responses and other documents to defendant Dane County's Motion for [Summary] Judgment." *See* Dkt. 139. But he said that there was a prison lockdown that was delaying his response to Correct Care's motion, so he would send that a few days later. *Id.* On January 7, the court received what Vogelsberg called his "response to CCS's Summary Judgment." Dkt. 142-1. He neither asked for an extension of time to file any additional documents nor said that he was sending any additional documents. As a result, the court set a deadline for defendants to submit their reply materials.

      On January 21, several days after defendants submitted their reply materials, Vogelsberg filed a brief in response to Dane County's summary judgment motion. Dkt. 151. He also filed a motion for an extension of time to file another brief, but he didn't identify the purpose of

the brief. Dkt. 150. On January 23, the court received Vogelsberg's "additional proposed findings of fact." Dkt. 152. Vogelsberg had neither asked for nor received permission to file that document.

Even pro se parties must comply with court deadlines. *See McInnis v. Duncan,* 697 F.3d 661, 665 (7th Cir. 2012). But I will give Vogelsberg one more chance to complete his summary judgment submissions. So Vogelsberg's motion for an extension of time, Dkt. 150, is GRANTED. Vogelsberg may have until February 3, 2020, to file ALL remaining documents in opposition to defendants' motion for summary judgment. The court will disregard any summary judgment submissions filed by Vogelsberg after that date. Defendants are not required to file responses to Vogelsberg's new filings, but they may have until February 18, 2020, to do so if they wish.

Entered January 27, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge