IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY VOGELSBERG,

    Plaintiff,

v.

Case No. 17-cv-596-jdp

YOUNG KIM, CHERYL WATERS, SATINDER DHANOA, BRENDA BREDLOW, STEPHANIE WEBSTER, MELISSA BENNETT, TENZIN ENDERS, JAMES MATTHEWS, TSETAN DOLQUAR, MICHAEL STATZ, CORRECT CARE SOLUTIONS and DANE COUNTY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |