United States District Court
Western District of Wisconsin

Case No: 17-CV-596-jdp

JEFFREY VOGELSBERG,

Plaintiff,

v.

YOUNG KIM, et al.,

Defendants.

## NOTICE OF APPEAL

Notice is given that the Plaintiff, Jeffrey Vogelsberg, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on September 10, 2020, as well as the judgments and orders entered on August 13, 20__, March 23, 2020, and any other judgments and orders that are not know at this time.

Dated and signed this __3__ day of October, 2020. Waupun Wisconsin.

Respectfull submitted,

Jeffrey Vogelsberg

DOC # 450093
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963

Drafted by: David